IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-02281-MSK-BNB | Date: November 30, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| MOUNT VERNON FIRE INSURANCE COMPANY, | Erik Schuessler |
| | Jane Young |
| Plaintiff(s), | |
| v. | |
| LISA LYLE, | Matthew Osofsky |
| SCOTT LYLE, and | |
| MCCARTHY HOMES, INC., | |
| Defendant(s). | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:        9:45 a.m.

Appearances of counsel.

Court's opening remarks.

Discussion regarding the plaintiff's motion for substitute service of McCarthy Homes, Inc.

**ORDERED**: **Mount Vernon Fire Insurance Company's motion for substitute service of McCarthy Homes, Inc. [doc.# 6; filed 11/9/11] is taken under advisement.**

Deadline for joinder of parties and amendment of pleadings is: **January 2, 2012**

Discovery cut-off  is: **August 1, 2012**

The dispositive motion deadline is: **August 1, 2012**

-1-

The parties shall designate all experts no later than: **June 1, 2012**

The parties shall designate all rebuttal experts no later than: **July 2, 2012**

All written discovery must be served so that responses are due on or before discovery cut off.

A settlement conference may be set on the motion of the parties.

Pretrial Conference shall be set by the Honorable Judge Krieger.

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:        10:04 a.m.      Hearing concluded.      Total time in court: 00:19

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.